ACCEPTED
04-14-00758-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/4/2015 5:02:00 PM
KEITH HOTTLE
CLERK

# NO. 04-14-00758-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
5/4/2015 5:02:00 PM
KEITH E. HOTTLE
Clerk

## In The

# Fourth Court OF Appeals
## San Antonio, Texas

*John A. Lance, Debra L. Lance, F.D. Franks and Helen Franks*, Appellants

*v.*

*Judith and Terry Robinson, Gary and Brenda Fest, Virginia Gray, Butch Townsend, and Bexar-Medina-Atascosa Counties Water Control and Improvement District No. 1*, Appellees

## FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEF (UNOPPOSED)

Appellees Judith and Terry Robinson, Gary and Brenda Fest, Virginia Gray, and Butch Townsend file their first motion for extension of time to file Appellees' brief. Appellees' brief is currently due on May 7, 2015. Tex. R. App. P. 38.6. This motion is filed prior to the due date. Appellant's counsel does not oppose this motion.

Appellees need additional time to prepare and file their brief. Appellees ask the Court to grant an extension of time to Monday June 8, 2015, an extension of 30 days.

When Appellants filed their brief, Appellees became aware of a potential need to request supplementation of the appellate record. Accordingly, Appellees filed two reporter's record requests, on April 17 and April 30, after expending a week or so tracking down the court reporters, neither of whom still worked at the 216th Judicial District Court.

Additionally, Appellees' counsel was retained to assist in a complex proceeding, *City of San Antonio Board of Adjustment & Sarosh Mgmt, LLC v. East Central ISD*, Cause No. 04-14-00341-CV, due to the unexpected demise of Sarosh Managements' counsel prior to filing a motion for rehearing related to this Court's opinion issued on March 18, 2015. The motion for rehearing is due to be filed May 4, 2015.

The extension requested herein is sought in the interest of justice and not for purpose of delay, and will not harm or prejudice any party.

## **PRAYER**

Appellees respectfully request that this Court grant the requested extension of time, and any other proper or necessary relief.

Respectfully submitted,

/s/

Stephan B. Rogers
State Bar No. 17186350
Kelly P. Rogers
State Bar No. 00788232
ROGERS & MOORE PLLC
309 Water St., Ste. 114
Boerne, TX 78006
(830) 816-5487
Fax: (866) 786-4777
*steve@rogersmoorelaw.com*
*kelly@rogersmoorelaw.com*

## CERTIFICATE OF SERVICE

I certify that on May 4, 2015, a true and correct copy of this document was served on the following counsel of record:

Dan Pozza
Law Office of Dan Pozza
239 E. Commerce Street
San Antonio, TX 78205
(210) 226-8888 – Phone
(210) 224-6373 – Fax
danpozza@yahoo.com

Edward Hecker
GOSTOMSKI & HECKER
607 Urban Loop

San Antonio, Texas 78204
ed@ghlawyers.net

/s/

Stephan B. Rogers